# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1249**
**CAF 10-01243**
PRESENT: CENTRA, J.P., FAHEY, PERADOTTO, LINDLEY, AND MARTOCHE, JJ.

---

IN THE MATTER OF MARY P. KELLEY,
PETITIONER-APPELLANT,

V                                                                    ORDER

KATRINA LAZORE-CAMELO, NICHOLAS J. CAMELO, JR.,
AND DIANE M. KELLEY, RESPONDENTS-RESPONDENTS.
(APPEAL NO. 1.)

---

JOHN T. NASCI, ROME, FOR PETITIONER-APPELLANT.

SCOTT T. GODKIN, UTICA, FOR RESPONDENT-RESPONDENT KATRINA LAZORE-CAMELO.

JOHN G. KOSLOSKY, ATTORNEY FOR THE CHILD, UTICA, FOR ARIAH C.

ABBIE GOLDBAS, ATTORNEY FOR THE CHILD, UTICA, FOR SANTINO C.

---------------------------------------------------------------------------

Appeal from an order of the Family Court, Oneida County (Brian M. Miga, J.H.O.), entered April 12, 2010 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition against respondents.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  November 10, 2011                          Patricia L. Morgan
                                                     Clerk of the Court